IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

# REAFFIRMATION AGREEMENT

DEBTOR'S NAME

JOSHUA & COURTNEY ASKEROTH

BANKRUPTCY CASE NUMBER

05-24410 WTT

Do Not Complete Above

## PART A - AGREEMENT

CREDITOR'S NAME AND ADDRESS

R.C. WILLEY HOME FURNISHINGS INC.
PO BOX 65320
SALT LAKE CITY, UTAH 84165-0320

2118204795

ACCOUNT NUMBER

SUMMARY OF TERMS OF THE NEW AGREEMENT

A) PRINCIPAL AMOUNT $ ______ INTEREST RATE (APR) ______ %

MONTHLY PAYMENTS $ ______ DUE

B) REDEMPTION VALUE $ 500.00 INTEREST RATE (APR) 21 %

MONTHLY PAYMENTS $ 25.00 DUE 6/25/05

DESCRIPTION OF SECURITY: table/chairs, Bed Cedar Chest – account closed to credit

The parties understand that this agreement is purely voluntary and that the terms and conditions of the original account security agreement will apply. The debtor may rescind the agreement at any time prior to discharge or within 60 days after such agreement is filed with the court, whichever occurs later, by giving written notice of recision to the creditor. The debtor is further advised that this agreement is not required under Title 11 of the United States Code, under nonbankruptcy law, or under any agreement not in accordance with the provision of 11 U.S.C.§ 524(c).

X 5/23/05
Date

X [signature]
Signature of Creditor

X [signature]
Signature of Debtor

X Courtney Askeroth
Signature of Joint Debtor

## PART B - ATTORNEY'S DECLARATION

This agreement represents a fully informed and voluntary agreement that does not impose an undue hardship on the debtor or any dependent of the debtor. I have also advised the debtor of the legal effect and consequences of this agreement and the results of any default under this agreement.

X ______
Date

X [signature]
Signature of Debtor's Attorney

## PART C - MOTION FOR COURT APPROVAL OF AGREEMENT - Complete only where debtor is not represented by an attorney.

I (we), the debtor, affirm the following to be true and correct:

1) I am not represented by an attorney in connection with my bankruptcy case.
2) My current monthly net income is $ ______
3) My current monthly expenses total $ ______, including any payment due under this agreement.
4) I believe that this agreement is in my best interest because ______

Therefore, I move the court for an Order approving this reaffirmation agreement.

X ______
Date

X ______
Signature of Debtor

X ______
Signature of Joint Debtor

## PART D - COURT ORDER - Do not complete below. For court use only.

The court grants the debtor's motion and approves the voluntary agreement upon the terms specified above.

X ______
Date

X ______
Bankruptcy Judge